# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DONALD THOMPSON, et al.,

    Plaintiff(s),

v.

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant(s).

Case No.: 2:19-cv-00592-KJD-NJK

**Order**

[Docket No. 21]

Pending before the Court is Plaintiffs' motion to compel, filed on an emergency basis. Docket No. 21. Any response must be filed by noon on November 19, 2019. Any reply must be filed by 10:00 a.m. on November 20, 2019.

IT IS SO ORDERED.

Dated: November 18, 2019

_____
Nancy J. Koppe
United States Magistrate Judge